IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LISA MARY GARCIA, | § | |
| | § | |
| v. | § | CIVIL ACTION No. 6:13-cv-246 |
| | § | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION. | § § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the action be reversed and remanded pursuant to 42 U.S.C. § 405(g) for further consideration related to the credibility assessment, including performance of the multifactor analysis under 20 C.F.R. § 404.1527(c). No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the final decision of the Commissioner is hereby **REVERSED** and **REMANDED** pursuant to 42 U.S.C. § 405(g) for further consideration as discussed herein. It is further **ORDERED** that any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 30th day of March, 2015.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**